UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************:

| | |
|---|---|
| ZORAIDA RIOS | CIVIL ACTION NO. 3:22-cv-603 |
| V. | |
| | JURY TRIAL DEMANDED |
| WALMART, INC., ET AL | |
| | APRIL 28, 2022 |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendants, Walmart, Inc. and Walmart Supercenter ("Defendants"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, hereby remove this action from the Superior Court, Judicial District of Hartford, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which state as follows:

1. The plaintiff, Zoraida Rios ("Plaintiff"), commenced an action by service of process against the Defendants in state court entitled, *Zoraida Rios v. Walmart, Inc., et al.*, Docket No. HHD-CV22-6154231-S and returnable to the Superior Court, Judicial District of Hartford. A copy of the referenced Summons and Complaint are attached hereto as **Exhibit A.**

2. This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by Defendants of the initial pleadings setting forth the claims for relief upon which this action is based. The Defendants were served on March 30, 2022.

3. In her Complaint, the Plaintiff alleges a negligence action against the Defendants and seeks unspecified damages. The Plaintiff, however, alleges that she suffered the following injuries, some or all of which may be permanent in nature:

    a. Low back pain;

b. Neck pain radiating to let trapezius and deltoid

c. Cervicalgia;

d. Pain in thoracic spine;

e. Pain in left foot;

f. Pain in left ankle;

g. Pain in left knee;

h. Pain in right foot;

i. Pain in right ankle;

j. Pain in right knee;

k. Pain in left hand;

l. Pain in right hand;

m. Pain in bilateral shoulder area;

n. Strain of muscle, fascia and tendon of lower back;

o. Moderate spondylosis at T12-L1, L1-L2;

p. Central disc protrusion at T12-L1 with thecal sac deformity;

q. Central disc extrusion at L1-L2;

r. Lateral protrusion at L2-L3;

s. Left disc bulge at L3-L4 and L4-L5;

t. Hypertropic atrophy at L4-L5, L4-S1;

u. Exacerbation and aggravation of pre-existing back injury;

a. Sleep disturbance; and

b. Pain and suffering both mental and physical."

See Exhibit A, at ¶ 5. Additionally, the Plaintiff alleges that she was "…forced to expend large sums of money for medical care and treatment, all necessary for her physical recovery, and may be forced to expend additional sums in the future, all to her financial loss." Id. at ¶ 6. The Plaintiff also alleges that she "…was unable, and remains unable, to pursue and participate in and enjoy her life's usual activities." Id. at ¶ 7. Based on the Plaintiff's allegations and the Defendants' investigation to date, the damages claimed exceed $75,000.00 upon information and belief.

4. According to the Summons filed by the Plaintiff, she resides in Manchester, Connecticut and, accordingly, is a citizen of the State of Connecticut.

5. Defendant, Walmart Inc., is a Delaware corporation with its principal place of business in Bentonville, Arkansas. The Summons and Complaint name "Walmart Supercenter" as a defendant, however, no such entity exists. There is complete diversity of citizenship between the Plaintiff and the Defendants.

6. The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441.

7. This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendants are citizens of different states.

Dated this 28TH day of April, 2022.

          THE DEFENDANTS,
          WALMART, INC. AND WALMART SUPERCENTER

          By:   /s/ ct03263
               George C. Springer, Jr. [ct03263]
               Katie A. Roy [ct29988]
               Rogin Nassau
               185 Asylum Street, 22nd Floor
               Hartford, CT 06103-3460
               T: (860) 256-6300
               F: (860) 278-2179
               gspringer@roginlaw.com

## CERTIFICATION

    This is to certify that a copy of the foregoing was served electronically this 28TH day of April 2022 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joanna Ramirez Haddad
Ventura Law
2160 Main Street, Ste 2B
Bridgeport, CT 06606
Joanna@venturalaw.com
martha@venturalaw.com

                                              /s/ ct03263
                                   George C. Springer, Jr.

# EXHIBIT A

DocuSign Envelope ID: FD91DBED-986D-4708-AF03-6A23E09EDC1E

# SUMMONS - CIVIL

JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>*www.jud.ct.gov*  |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 ) 548 – 2700 | May 10, 2022 |
| ☒ Judicial District  G.A.  ☐ Housing Session  Number: ___ | At *(City/Town)* Hartford | Case type code *(See list on page 2)*<br>Major: T   Minor: 03 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Joanna Ramirez Haddad, Esq., Ventura Law, 2160 Main Street, Bridgeport, CT 06606 | 414924 |
| Telephone number<br>( 203 ) 800 – 8000 | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>martha@venturalaw.com |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Rios, Zoraida<br>Address: 42 Woodbridge Street, Manchester, CT 06042 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Walmart, Inc.<br>Address: 702 SW 8th Street, Bentonville, AR 72716 | D-01 |
| Additional defendant | Name: Walmart Supercenter<br>Address: 420 Buckland Hills Drive, Manchester, CT 06042 | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |
| Total number of plaintiffs: 1 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>3/29/2022 | Signed *(Sign and select proper box)*<br>*Joanna Ramirez Haddad* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>Joanna Ramirez Haddad, Inc. |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Print Form   Page 1 of 2   Reset Form

| | | |
|---|---|---|
| RETURN DATE: MAY 10, 2022 | : | SUPERIOR COURT |
| ZORAIDA RIOS | : | J. D. OF HARTFORD |
| V. | : | AT HARTFORD |
| WALMART, INC. | : | MARCH 29, 2022 |

## COMPLAINT

1. At all times material hereto, the defendant, **WALMART, INC.**, was and is a domestic stock corporation authorized to transact business in the State of Connecticut and with a business address of 702 SW 8th Street, Bentonville, Arizona, 72716.

2. At all times mentioned herein, the defendant, **WALMART, INC.**, owned, controlled, possessed, and/or maintained the premises known as **WALMART SUPERCENTER**, located at 420 Buckland Hills Drive, Manchester, Connecticut, 06042.

3. On April 14, 2020, at or about 10:52 a.m., the plaintiff, **ZORAIDA RIOS**, was lawfully on the premises known as **WALMART SUPERCENTER**, located at 420 Buckland Hills Drive, Manchester, Connecticut, 06042, walking inside the store when, suddenly and without warning, the plaintiff, **ZORAIDA RIOS**, fell after catching her foot on a pallet cart that was on the floor.

4. The incident was caused by the negligence of the defendant, **WALMART SUPERCENTER,** its agents, servants and/or employees, in one or more of the following ways, in that they:

VENTURA LAW • ATTORNEYS AT LAW
2160 Main Street, Suite 2B • Bridgeport, CT 06606 • 203-800-8000 • Fax 203-579-3078

    a. Created the dangerous and/or defective condition when they left a pallet in the general vicinity of the plaintiff, **ZORAIDA RIOS**;

    b. Knew or should have known that by leaving a pallet in the same general area where customers are shopping would create a dangerous and/or defective condition;

    c. Failed to properly maintain the premises;

    d. Failed to properly inspect the premises;

    e. Failed to keep the premises in a reasonably safe condition;

    f. Failed to develop and/or implement adequate procedures to ensure the premises was properly maintained and/or inspected; and/or

    g. Failed to warn the plaintiff of the dangerous and/or defective condition on the premises.

5. As a result of the negligence of the defendant, **WALMART SUPERCENTER**, its agents, servants and/or employees, the plaintiff, **ZORAIDA RIOS**, suffered the following injuries, some or all of which may be permanent in nature:

    a. Low back pain;

    b. Neck pain radiating to left trapezius and deltoid

    c. Cervicalgia;

    d. Pain in thoracic spine;

    e. Pain in left foot;

    f. Pain in left ankle;

    g. Pain in left knee;

    h. Pain in right foot;

*VENTURA LAW • ATTORNEYS AT LAW*
2160 Main Street, Suite 2B • Bridgeport, CT 06606 • 203-800-8000 • Fax 203-579-3078

DocuSign Envelope ID: FD91DBED-986D-4708-AF03-6A23E09EDC1E

    i. Pain in right ankle;

    j. Pain in right knee;

    k. Pain in left hand;

    l. Pain in right hand;

    m. Pain in bilateral shoulder area;

    n. Strain of muscle, fascia and tendon of lower back;

    o. Moderate spondylosis at T12-L1, L1-L2;

    p. Central disc protrusion at T12-L1 with thecal sac deformity;

    q. Central disc extrusion at L1-L2;

    r. Lateral protrusion at L2-L3;

    s. Left disc bulge at L3-L4 and L4-L5;

    t. Hypertropic atrophy at L4-L5, L5-S1;

    u. Exacerbation and aggravation of a pre-existing back injury;

    a. Sleep disturbance; and

    b. Pain and suffering, both mental and physical.

6. As a further result of the negligence of the defendant, **WALMART SUPERCENTER,** its agents, servants and/or employees, the plaintiff, **ZORAIDA RIOS**, was forced to expend large sums of money for medical care and treatment, all necessary for her physical recovery, and may be forced to expend additional sums in the future, all to her financial loss.

VENTURA LAW • ATTORNEYS AT LAW
2160 Main Street, Suite 2B • Bridgeport, CT 06606 • 203-800-8000 • Fax 203-579-3078

DocuSign Envelope ID: FD91DBED-986D-4708-AF03-6A23E09EDC1E

7. As a further result of the negligence of the defendant, **WALMART SUPERCENTER,** its agents, servants and/or employees, the plaintiff, **ZORAIDA RIOS,** was unable, and remains unable, to pursue and participate in and enjoy her life's usual activities.

**WHEREFORE,** the plaintiff claims money damages as to all Counts.

The plaintiff,
**ZORAIDA RIOS**

By: *Joanna Ramirez Haddad*
Joanna Ramirez Haddad, Esq.
VENTURA LAW
2160 Main Street, Ste. 2B
Bridgeport, Connecticut 06606
(203) 800-8000 / Juris No. 414924

TO THE CLERK OF THE COURT:
Please enter our appearance
on behalf of the plaintiff:
Ventura Law

VENTURA LAW • *ATTORNEYS AT LAW*
2160 Main Street, Suite 2B • Bridgeport, CT 06606 • 203-800-8000 • Fax 203-579-3078

DocuSign Envelope ID: FD91DBED-986D-4708-AF03-6A23E09EDC1E

| | | |
|---|---|---|
| RETURN DATE: MAY 10, 2022 | : | SUPERIOR COURT |
| ZORAIDA RIOS | : | J. D. OF HARTFORD |
| V. | : | AT HARTFORD |
| WALMART, INC. | : | MARCH 29, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

The plaintiff,
**ZORAIDA RIOS**

By: *Joanna Ramirez Haddad*
Joanna Ramirez Haddad, Esq.
VENTURA LAW
2160 Main Street, Ste. 2B
Bridgeport, Connecticut 06606
(203) 800-8000 / Juris No. 414924

VENTURA LAW • ATTORNEYS AT LAW
2160 Main Street, Suite 2B • Bridgeport, CT 06606 • 203-800-8000 • Fax 203-579-3078