**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

*******************************************:
| | |
|---|---|
| **ZORAIDA RIOS** : | **CIVIL ACTION NO. 3:22-cv-603** |
| : | |
| **V.** : | |
| : | |
| **WALMART, INC., ET AL** : | |
| : | **APRIL 28, 2022** |

### DEFENDANTS' STATEMENT REGARDING REMOVED CASE

Pursuant to the Standing Order on Removed Cases of the United States District Court for the District of Connecticut, the defendants, Walmart, Inc. and Walmart Supercenter ("Defendants"), state as follows:

1. Defendants first received a copy of the Summons and Complaint in the above-captioned case currently pending in the Superior Court, Judicial District of Hartford on March 30, 2022. Defendants were served with a copy of the Summons and Complaint on or about the same date.

3. No defendant is a citizen of Connecticut. The defendant, Wal-Mart, Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas. The Summons and Complaint name "Walmart Supercenter" as a defendant, however, no such entity exists. There is complete diversity of citizenship between the Plaintiff and the Defendants.

4. Not applicable.

5. Not applicable.

6. The Defendants are represented by George C. Springer Jr. of Rogin Nassau, LLC. The Plaintiff is represented by Joanna Ramirez Haddad of Ventura Law.

- 1 -

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT  06103-3460 • (860) 256-6300 • JURIS NO. 050793

Dated this 28TH day of April, 2022.

                                                        THE DEFENDANTS,

By:   /s/ George C. Springer, Jr.
       George C. Springer, Jr. [ct03263]
       Rogin Nassau LLC
       185 Asylum Street, 22nd Floor
       Hartford, CT 06103-3460
       Tel: (860) 256-6380
       Fax: (860) 278-2179
       E-mail: gspringer@roginlaw.com

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT  06103-3460 • (860) 256-6300 • JURIS NO. 050793

## **CERTIFICATION**

This is to certify that a copy of the foregoing was served electronically this 28TH day of April 2022 and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Joanna Ramirez Haddad
Ventura Law
2160 Main Street, Ste 2B
Bridgeport, CT 06606
Joanna@venturalaw.com
martha@venturalaw.com

        /s/ ct03263_____
George C. Springer, Jr.

- 3 -

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT  06103-3460 • (860) 256-6300 • JURIS NO. 050793